Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.:  19−33740−JNP
                                      Chapter:  13
                                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer A. Micucci
    aka Jennifer Ann Micucci
    5 Lantern Lane
    Blackwood, NJ 08012

Social Security No.:
    xxx−xx−9673

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/20.

      Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

      This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2020
JAN: kvr

                                                                                             Jeanne Naughton
                                                                                              Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 19-33740-JNP
Jennifer A. Micucci                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2            Date Rcvd: Sep 03, 2020
                               Form ID: 148                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db             +Jennifer A. Micucci,    5 Lantern Lane,    Blackwood, NJ 08012-2119
aty            +William Sragow,    1 Eves Drive,    Suite 115,    Marlton, NJ 08053-3125
r              +Joseph Guarracino,    Rauh & Johns,    508 Hurffville-Crosskeys Rd Suite 2,
                 Sewell, NJ 08080-2703
518633386     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:    Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
518729106      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518633385      Fulton Bank - Visa,    Cardmember Service,    PO Box 790408,    Saint Louis, MO 63179-0408
518633387     +Lending Club,    595 Market Street,    Suite 200,    San Francisco, CA 94105-2807
518804519     +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
518804520     +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
518633388     +Mr. Cooper,    8850 Cypress Waters Blvd.,    Dallas, TX 75019-4524
518633391     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court:    Nissan Infiniti LT,    PO Box 254648,    Sacramento, CA 95865)
518645906     +Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    Charles G. Wohlrab,    Shapiro & DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
518699690      Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO BOX 619094,
                 Dallas, TX 75261-9094
518651870      Navient Solutions, LLC. on behalf of,    TGSLC dba Trellis Company,    PO BOX 83100,
                 Round Rock, TX 78683-3100
518633390      Nissan Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
518679530     +Nissan Infiniti LT,    PO Box 9013,    Addison, Texas 75001-9013
518633393      South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
518633395     +Tax Lien Services Group,    50 S. 16th Street, Suite 2050,    Philadelphia, PA 19102-2516
518724387      U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
518633396      Washington Twp. Tax Collector,    PO Box 1106,    Sewell, NJ 08080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 00:08:52    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 00:08:49    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518633381       EDI: CAPITALONE.COM Sep 04 2020 03:43:00     Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518695116      +EDI: AIS.COM Sep 04 2020 03:43:00      Capital One N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518633382      +EDI: CAPITALONE.COM Sep 04 2020 03:43:00     Capital One Retail Services/Justice,
                 PO BOx 71106,    Charlotte, NC 28272-1106
518825564       EDI: BL-BECKET.COM Sep 04 2020 03:43:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518644474       EDI: DISCOVER.COM Sep 04 2020 03:43:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
518633383      +EDI: DISCOVER.COM Sep 04 2020 03:43:00     Discover Card,    Attn: Bankruptcy Dept.,
                 PO Box 3025,    New Albany, OH 43054-3025
518678820       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 00:13:29
                 Fair Square Financial LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518724613       EDI: JEFFERSONCAP.COM Sep 04 2020 03:43:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518738385      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 04 2020 00:08:19
                 Kohls Department Store,    PO Box 3115,    Milwaukee, WI 53201-3115
518633389       EDI: NAVIENTFKASMSERV.COM Sep 04 2020 03:43:00     Navient,    Dept of Ed Loan Servicing,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
518633392       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 00:12:40    Ollo Card Services,
                 PO Box 660371,    Dallas, TX 75266-0371
518690969       EDI: PRA.COM Sep 04 2020 03:43:00     Portfolio Recovery Associates, LLC,    c/o Justice,
                 POB 41067,    Norfolk VA 23541
518633928      +EDI: RMSC.COM Sep 04 2020 03:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518732809      +EDI: RMSC.COM Sep 04 2020 03:43:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518633394       EDI: RMSC.COM Sep 04 2020 03:43:00     Synchrony Bank/Old Navy,    PO Box 965060,
                 Orlando, FL 32896-5060
518633384       EDI: USBANKARS.COM Sep 04 2020 03:43:00     Elan Financial Services,    PO Box 108,
                 Saint Louis, MO 63166-9801
518725521      +EDI: AIS.COM Sep 04 2020 03:43:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Sep 03, 2020
                               Form ID: 148             Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518690971*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Justice,   POB 41067,
                 Norfolk VA 23541)
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ewassall@logs.com,   njbankruptcynotifications@logs.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Jennifer A. Micucci rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```